UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 9 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MIKEISHA BLACKMAN, et al.,               )
                                         )
            Plaintiffs,                  )
                                         )
      v.                                 )      Civil Action No. 97-1629 (PLF)
                                         )          Consolidated with
                                         )      Civil Action No. 97-2402 (PLF)
DISTRICT OF COLUMBIA, et al.,            )
                                         )
            Defendants.                  )
                                         )

MEMORANDUM OPINION AND ORDER

This matter is before the Court on the defendants' motion for an extension of time in which to file comments regarding the report and recommendation of Judge Richard A. Levie, which was filed with the Court on July 11, 2011. Defendants request an extension until August 8, 2011 "to enable the parties to conduct settlement negotiations . . . in an effort to resolve the outstanding issues and to find a way to terminate the remainder of this case." Mot. at 1 [Dkt. No. 2262]. The plaintiffs oppose the defendants' motion, asserting that they "remain willing to talk to defendants about settlement, but not at the expense of additional delay in securing . . . needed relief." Opp. at 2 [Dkt. No. 2263].

The Monitor has informed the Court that the parties have engaged in one negotiating session and will engage in another on August 9, 2011 at 2:00 p.m. In light of the pending session on August 9, 2011, the Court will grant the defendants' motion and will order the defendants to file their comments by August 11, 2011. Largely for the reasons expressed by the plaintiffs in their opposition to the defendants' motion, however, the Court cautions the defendants that no further extensions shall be granted without the plaintiffs' consent.

Accordingly, it is hereby

ORDERED that the defendants' motion for an extension of time [Dkt. No. 2262] is GRANTED; it is

FURTHER ORDERED that the defendants shall file their comments regarding Judge Richard A. Levie's report and recommendation [Dkt. No. 2260] by August 11, 2011; it is

FURTHER ORDERED that the plaintiffs and the Monitor shall respond to the defendants' comments by August 18, 2011; and it is

FURTHER ORDERED that no further extensions of the defendants' August 11, 2011 deadline shall be granted without the plaintiffs' consent.

SO ORDERED.

HENRY H. KENNEDY, JR.
United States District Judge

for PAUL L. FRIEDMAN
United States District Judge

DATE: 7/29/11

2